### 16039.    GILLESPIE *v.* THE STATE.

LUKE, J. The evidence authorized the defendant's conviction. The only special ground of the motion for a new trial approved by the court is without merit. The court properly overruled the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 13, 1925. REHEARING DENIED FEBRUARY 11, 1925.

Conviction of possession of liquor; from Gordon superior court —Judge Tarver. October 6, 1924.

*Y. A. Henderson, J. H. Paschall,* for plaintiff in error.
*J. M. Lang, solicitor-general,* contra.

---

### 16040.    KELLEY *v.* THE STATE.

BLOODWORTH, J. There is no merit in either of the special grounds of the motion for a new trial; there is evidence to support the verdict, which has the approval of the judge who tried the case, and who did not err when he overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 13, 1925.

Assault with intent to rape; from Wilkes superior court—Judge Shurley. October 10, 1924.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.